United States District Court
Southern District of Texas
**ENTERED**
May 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHNNY RICHARDSON, §<br>TDCJ #02280374, §<br>§<br>Petitioner, §<br>§<br>v. §<br>§<br>ERIC GUERRERO, Director, §<br>Texas Department of Criminal §<br>Justice - Correctional §<br>Institutions Division, §<br>§<br>Respondent. § | CIVIL ACTION NO. H-24-1546 |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 29th day of May, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE